UNITED STATES DISTRICT COURT

DISTRICT OF ARIZONA

| | |
|---|---|
| Mark Anthony Howe,<br><br>　　　　Plaintiff,<br>　vs.<br><br>National Credit Works Inc., a New York Corporation,<br><br>　　　　Defendants. | Case No.: CV-10-8246-PCTGMS<br><br>**AMENDED JUDGMENT** |

Having reviewed Plaintiff's Motion to Amend Default Judgment (Doc. 15) and finding that good causes exist to grant such motion,

JUDGMENT IS HEREBY ENTERED in favor of Mr. Howe and against Defendant National Credit Works, Inc., in the amount of:

　　1.　　Statutory Damages in the amount of $1,000.00;

　　2.　　Attorney's Fees in the amount of $2,910.00, plus additional attorney's fees and collection costs incurred in enforcing this judgment;

      3.     Costs in the amount $440.00. Interest shall accrue on said judgment at the rate of .18 percent per annum.

Dated this 25th day of July, 2011.

/G. Murray Snow
United States District Judge